Judge J. Kelley Arnold

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

------------------------------------------------X

RICHARD J. BECERRA,   Case No.: 08-5545-JKA

         Plaintiff, **STIPULATED ORDER EXTENDING TIME TO FILE BRIEFS**

vs.

MICHAEL J. ASTRUE,   December 10, 2008
Commissioner of Social Security,

         Defendant.
------------------------------------------------X

**ORDER**

Based upon the stipulation of counsel, IT IS HEREBY ORDERED that Plaintiff's deadline to file Opening Brief is extended until Friday, January 23, 2009; Defendant's Responsive Brief is extended until February 22, 2009; Plaintiff's Reply Brief is extended until March 9. 2009.

DONE this 10th day of December, 2008.

         */s/ J. Kelley Arnold*_____
         U.S. Magistrate Judge

1

STIPULATED ORDER EXTENDING      Binder & Binder, P.C.
TIME TO FILE BRIEFS      Attorney for Plaintiff
    215 Park Ave South, 6th floor
    New York, NY 10003
    Tel: 212-677-6801

Presented By:

/s/ Maury Kroontje
MAURY A. KROONTJE
Of Counsel to
BINDER AND BINDER, P.C.
Attorneys for Plaintiff
KROONTJE LAW OFFICE PLLC
1411 Fourth Avenue, Suite 1330
Seattle, WA 98101
Tel#: (206) 624-6212
Fax#: (206) 624-6816
Email: maury@kroontje.net

/s/ Harry Binder
Harry J. Binder
BINDER AND BINDER, P.C.
Attorneys for Plaintiff
215 Park Avenue South, 6th Floor
New York, New York 10003
Phone: (212) 677-6801
Fax: (646) 273-2196
Email: fedcourt@binderandbinder.com

STIPULATED ORDER EXTENDING
TIME TO FILE BRIEFS

Binder & Binder, P.C.
Attorney for Plaintiff
215 Park Ave South, 6th floor
New York, NY 10003
Tel: 212-677-6801