UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD J. BECERRA,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security Administration,

    Defendant.

Case No. C08-5545BHS

ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 17) and Petitioner's Objections to the Report and Recommendation (Dkt. 18).

Plaintiff objects to Judge Creatura's findings that (1) the ALJ was legally justified in rejecting the opinions of treating sources in favor of the opinion of a non-examining physician and (2) the ALJ properly discounted Plaintiff's statements regarding the severity of his limitations. Dkt. 18 at 2-6.

The district court reviews "de novo any part of the magistrates judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(c).

First, Judge Creatura found that "[s]ubstantial evidence supported the ALJ's reasons for rejecting the opinions of" Plaintiff's treating physicians. Dkt. 17 at 10. The Court agrees because the record supports the ALJ's findings as to Plaintiff's everyday activities and Plaintiff's conservative treatment. Therefore, the Court overrules Plaintiff's objection to Judge Creatura's recommendation on this issue.

ORDER – 1

Second, Judge Creatura found that the ALJ provided clear and convincing reasons for discrediting Plaintiff's allegations with respect to the severity of his ailments. Dkt. 17 at 12-15. The Court agrees because the record supports Judge Creatura's finding that the "ALJ provided at least four clear and convincing reasons for partially rejecting Plaintiff's credibility . . . ." Dkt. 17 at 14. Therefore, the Court overrules Plaintiff's objection to Judge Creatura's recommendation on this issue.

The Court having considered the Report and Recommendation, Plaintiff's objections, and the remaining record, does hereby find and order:

(1) The Court **OVERRULES** Plaintiff's Objections;

(2) The Court **ADOPTS** the Report and Recommendation; and

(3) This action is **DISMISSED**.

DATED this 29th day of April, 2009.

BENJAMIN H. SETTLE
United States District Judge

ORDER – 2